NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

RONALD L. VOGLEWEDE,
*Appellant,*

v.

WOOK YONG LEE, EUI YEOP CHUNG, SEUNG HWAN OH, MYUNG RYUL LEE, CHANG HO SEO, SEONG JAE KIM, AND SUNG HOON CHUNG,
*Appellees.*

2012-1382
(Interference No. 105,711)

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

## ON MOTION

## ORDER

Wook Yong Lee et al. move to withdraw Timothy P. McAnulty as counsel.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 0 2012
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  L. Gene Spears, Esq.
     Barbara Clarke McCurdy, Esq.

s26

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 0 2012

JAN HORBALY
CLERK